### 46091.   FENSTER v. GULF STATES CERAMIC.

PER CURIAM. The decision of this court reversing the trial judge in the granting of a summary judgment in favor of the defendant in an action brought by the husband for loss of consortium occasioned by alleged injuries received by the wife as a result of the negligence of her employer, having been reversed by the Supreme Court on certiorari the judgment rendered by this court is hereby vacated and a judgment of affirmance is entered in accordance with the decision of the Supreme Court. *Gulf States Ceramic v. Fenster,* 228 Ga. 400 (185 SE2d 801).

*Judgment affirmed. Bell, C. J., Pannell and Deen, JJ., concur.*

DECIDED JANUARY 7, 1972.

*Hugh H. Howell, Jr.,* for appellant.
*Gambrell, Russell, Killorin, Wade & Forbes, Edward W. Killorin, Sewell K. Loggins,* for appellee.